IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN GALVAN and PATRICK TAYLOR, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff<br><br>  v.<br><br>STEVEN T. MNUCHIN, in his official capacity as United States Secretary of the Treasury; the UNITED STATES DEPARTMENT OF THE TREASURY; CHARLES P. RETTIG, in his official capacity as United States Commissioner of Internal Revenue; the INTERNAL REVENUE SERVICE; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 1:20-cv-4511<br><br>Judge Joan B. Gottschall<br><br>Magistrate Judge Jeffrey T. Gilbert |

**MOTION OF LISA HOLDER**
**TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 83.17, counsel Lisa Holder hereby moves for leave of the Court to withdraw as counsel for Plaintiffs John Galvan and Patrick Taylor, for the following reasons:

1. The Plaintiffs in this case are currently represented by lawyers from Hagens Berman Sobol Shapiro LLP, Loevy & Loevy, clinical tax professor Patrick Thomas, Lieff Cabraser Heimann & Bernstein LLP, and the Equal Justice Society.

2. As the Court is aware, on September 24, 2020, Chief Judge Phyllis J. Hamilton of the Northern District of California certified a class and appointed Lieff Cabraser and the Equal Justice Society as Co-Lead Class Counsel in the related action of *Scholl, et al. v. Mnuchin, et al.*, Case No. 4:20-cv-05309-PJH, Dkt. 50 (N.D. Cal.).

3. The undersigned is an attorney, of counsel, with the Equal Justice Society, and requests leave to withdraw as counsel for the same reasons stated in the concurrently-filed Motion of Kelly M. Dermody to Withdraw as Counsel for Plaintiffs.

4. *Galvan* Plaintiffs are still represented by counsel from Hagens Berman and Loevy & Loevy and will not be prejudiced by withdrawal of the undersigned counsel.

DATED: October 2, 2020　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s Lisa Holder*
　　　　　　　　　　　　　　　　　　Lisa Holder, Of Counsel
　　　　　　　　　　　　　　　　　　EQUAL JUSTICE SOCIETY
　　　　　　　　　　　　　　　　　　P.O. Box 65694
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90065
　　　　　　　　　　　　　　　　　　Telephone: 323-683-6610
　　　　　　　　　　　　　　　　　　lisaholder@yahoo.com

2046159.1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 2, 2020, the foregoing was filed with the Court using the CM/ECF system, and that a copy of same will therefore be electronically served upon all attorneys of record registered with the court's CM/ECF system.

*/s/ Lisa Holder*
Lisa Holder
